# NOS. 12-13-00169-CR
# 12-13-00170-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAMEION D. DOGGETT,* *APPELLANT* | § | *APPEALS FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

These appeals are being dismissed for want of jurisdiction. Following a guilty plea, Appellant was convicted of indecency with a child and tampering with evidence.

In a criminal case, the notice of appeal must be filed within thirty days after sentence is imposed or within ninety days after that date if a motion for new trial is filed. TEX. R. APP. P. 26.2(a). Appellant's sentences were imposed on December 21, 2012, and he did not file a motion for new trial in either case. Therefore, his notices of appeal were due to have been filed no later than January 21, 2013. However, Appellant did not file his notices of appeal until May 17, 2013. Because Appellant's notices of appeal were not filed on or before January 21, 2013, they were untimely, and this court has no jurisdiction of the appeals.

On May 21, 2013, this court notified Appellant, pursuant to Texas Rules of Appellate Procedure 37.2 and 44.3, that his notices of appeal were untimely and there was no timely motion for an extension of time to file the notice of appeal in either case. *See* TEX. R. APP. P. 26.2(a)(1), 26.3. Appellant was further informed that the appeals would be dismissed unless the information

in the appeals was amended to show the jurisdiction of this court.   That deadline has passed, and Appellant has not shown the jurisdiction of this court.

Because this court is not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, the appeals are ***dismissed for want of jurisdiction***.   *See* TEX. R. APP. P. 42.3(a).

Opinion delivered June 19, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 19, 2013**

**NOS. 12-13-00169-CR**

**12-13-00170-CR**

**JAMEION D. DOGGETT**,

Appellant

V.

**THE STATE OF TEXAS**,

Appellee

---

Appeals from the 159th Judicial District Court
of Angelina County, Texas. (Tr.Ct.Nos. 2012-0107; 2012-0507)

---

THESE CAUSES came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeals, and that the appeals should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that these appeals be, and the same are, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*